THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> J.R. SIMPLOT COMPANY, a Nevada corporation, <br><br> Defendant. | Case No. 2:23-cv-00341-TL <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION TO STAY |

The Court having considered the Parties Joint Stipulated Motion to Stay, and finding that good cause exists to enter this order; NOW, THEREFORE, IT IS HEREBY ORDERED that this matter and all current case schedule deadlines, including the answering of Plaintiff's Complaint, is stayed until June 30, 2023.

DATED this 24th day of May, 2023.

_____
Tana Lin
United States District Judge

Presented by:
STOEL RIVES LLP
*s/ Adam S. Belzberg*
Adam S. Belzberg, WSBA No. 41022
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Email: adam.belzberg@stoel.com

*Attorneys for Defendant*

[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY
(Case No. 2:23-cv-00341-TL) - 1

1  Approved as to form;
   Notice of Presentation waived:
2

3  REID, McCARTHY, BALLEW & LEAHY, LLP

4

5  *s/ Russell J. Reid (via email authorization)*
   Russell J. Reid, WSBA No. 2560
6  100 West Harrison Street, N. Tower #300
   Seattle, WA 98119
7  Telephone: (206) 285-0464
   Email: rjr@rmbllaw.com
8

9  *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY
(Case No. 2:23-cv-00341-TL) - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants registered in the Court's CM/ECF system.

DATED:  May 24, 2023

                                          *s/ Adam S. Belzberg*
                                          Adam S. Belzberg