THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> J.R. SIMPLOT COMPANY, a Nevada corporation, <br><br> Defendant. | NO.   2:23-cv-00341-TL <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Adam S. Belzberg of Stoel+ Rives LLP, attorneys for Defendant, J.R. Simplot Company, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

//

//

//

//

//

DATED this 30th day of June, 2023.

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | STOEL RIVES LLP |
| | |
| *s/Russell J. Reid* | *s/Adam S. Belzberg* |
| Russell J. Reid, WSBA #2560 | Adam S. Belzberg, WSBA #41022 |
| 100 West Harrison Street, N. Tower #300 | 600 University Street, Suite 3600 |
| Seattle WA 98119 | Seattle WA 98119 |
| Telephone: (206) 285-0464 | Telephone: (206) 624-0900 |
| Email: rjr@rmbllaw.com | Email: adam.belzberg@stoel.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 5th day of July, 2023.

Tana Lin
United States District Judge

Submitted for Entry:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: *s/Russell J. Reid*
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff